IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-60400
Conference Calendar
_____


CLIFTON E. LAWRENCE,

                                        Plaintiff-Appellant,

versus

JEANNE PACIFIC; WYATT COLLINS;
MARK WINDHAM,

                                        Defendants,

                and

MAURICE HOOKS; LAFAYETTE NELSON,

                                        Defendants-Appellees.



- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 2:93-CV-12PG
- - - - - - - - - -
June 16, 1998

Before DAVIS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

        Following a jury verdict in favor of the defendants, Clifton

E. Lawrence argues:  (1) that the magistrate judge erred by

excusing a juror who stated that she could not remain unbiased;

(2) that the magistrate judge abused his discretion denying

---

        [*]     Pursuant to 5TH CIR. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. 47.5.4.

Lawrence's motion for the taking of depositions on written questions; (3) that the magistrate judge erred by denying Lawrence's request for interrogatories; (4) that the magistrate judge abused his discretion by disallowing the admission of documentary evidence for the purpose of impeachment; (5) that the evidence was insufficient to support the jury verdict; and (6) that the magistrate judge abused his discretion by denying Lawrence's motion for a new trial. Lawrence's issues numbered four, five, and six are unreviewable as Lawrence has not included the trial transcript in the record or asked this court to provide it at government expense. *See* FED. R. APP. P. 10(b)(2); *Richardson v. Henry*, 902 F.2d 414, 416 (5th Cir. 1990). Regarding Lawrence's discovery-based allegations, numbered one through three, Lawrence has not shown that the magistrate judge abused his discretion. *See Richardson*, 902 F.2d at 417.

AFFIRMED.